UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**EMPLOYERS & CEMENT MASONS #90 HEALTH & WELFARE FUND,**

    Plaintiffs,

v.                                          Cause No. 3:16-cv-00776-DRH-SCW

**SCHALTENBRAND CONSTRUCTION, INC.,**

    Defendants.

### ORDER OF DEFAULT JUDGMENT

Before the Court is Plaintiffs' *Motion for Default Judgment Against Defendant Schaltenbrand Construction, Inc.* Plaintiffs' *Motion* is hereby **GRANTED**. Plaintiffs are hereby awarded the following relief:

    a.    Delinquent fringe benefit contributions in the amount of $4,992.38;

    b.    Interest in the amount of $708.75;

    c.    Liquidated Damages in the amount of $3,801.47;

    d.    Attorneys' fees and costs in the amount of $9,283.50,

for a total of $18,786.10.

Entered: May 26, 2017

*/s/ David R. Herndon*

Judge Herndon
2017.05.26
10:21:32 -05'00'

United States District Judge